1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 509-7051
4
Attorneys for Plaintiff
5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| **DEBARA LEE AHNER** ) | Case No. 12-cv-02327-AC |
| ) | |
| ) | |
| ) | |
| ) | **STIPULATION AND** ~~PROPOSED~~ |
| Plaintiff, ) | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY** |
| v. ) | **JUDGEMENT MOTION** |
| ) | |
| **CAROLYN W. COLVIN** ) | |
| **Acting Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from March 25, 2013, to April 24, 2013, and that Defendant's brief will be due May 24, 2013. This plaintiff's first requested extension and required to accommodate her attorney's briefing schedule. This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / /

1

| | |
|---|---|
| Dated: March 25, 2013 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: March 25, 2013 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/ Armand Roth, |
| | ARMAND ROTH |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 2, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE