BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Debara Lee Ahner,<br><br>    Plaintiff,<br><br>    v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 12-cv-02327-AC<br><br>**STIPULATION AND {PROPOSED} ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 40-day extension of time, up to July 3, 2013, to file his brief. This extension is requested because the parties needs more time to explore the possibility of a settlement.

                                               Respectfully submitted,

                                               /s/ Bess Brewer *
                                               BESS BREWER
                                               PLAINTIFF'S ATTORNEY
                                               * by Armand Roth by email authorization

                                               BENJAMIN B. WAGNER
                                               United States Attorney
                                               GRACE M. KIM
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

Dated: May 20, 2013                       /s/ Armand D. Roth
                                             ARMAND D. ROTH)
                                             Special Assistant U.S. Attorney

                                               Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED  May 21, 2013                   /s/ Allison Claire
                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE