1 | BENJAMIN B. WAGNER
United States Attorney
2 | GRACE M. KIM
3 | Regional Chief Counsel, Region IX,
Social Security Administration
4
5 | ARMAND D. ROTH
Special Assistant United States Attorney
6 | California Bar No. 214624
    160 Spear Street, Suite 800
7 |     San Francisco, CA 94105
8 |     Telephone: (415) 977-8924
    Fax: (415) 744-0134
9 |     E-Mail: Armand.Roth@ssa.gov
10
11 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| Debara Lee Ahner, | ) No. 12-cv-02327-AC |
|---|---|
|    Plaintiff, | ) **STIPULATION AND {PROPOSED} ORDER EXTENDING TIME FOR DEFENDANT TO FILE HIS BRIEF** |
|    v. | ) |
| Carolyn W. Colvin, Acting Commissioner of Social Security,[1] | ) |
|    Defendant. | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 40-day extension of time, up to July 3, 2013, to file his brief. This extension is requested because the parties needs more time to explore the possibility of a settlement.

                                     Respectfully submitted,

/s/ Bess Brewer *
BESS BREWER
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

Dated: May 20, 2013           /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED  May 21, 2013       *allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2