1

BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

2

3

4

Attorneys for Plaintiff

5

6

7

8

## IN THE UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| **DEBARA LEE AHNER** | ) | **Case No. 12-cv-02327-AC** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STIPULATION & ORDER APPROVING** |
| | ) | **SETTLEMENT OF ATTORNEY FEES** |
| **v.** | ) | **PURSUANT TO THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT** |
| | ) | |
| **CAROLYN W. COLVIN** | ) | |
| **ACTING COMMISSIONER OF SSA,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

11

12

13

14

15

16

17

18

19    IT IS HEREBY STIPULATED by and between the parties, through their undersigned

20    counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal

21    Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND ONE

22    HUNDRED TEN DOLLARS AND TEN CENTS (**$6,110.10**). This amount represents

23    compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

24    civil action, in accordance with 28 U.S.C. § 2412(d).   After the Court issues an order for EAJA fees

25    and expenses to Plaintiff, the government will  consider the matter of Plaintiff's assignment of

26    EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S.

27    June 14, 2010), the ability to honor the assignment  will depend on whether the fees and expenses

28    are subject to any offset allowed under the United States  Department of the Treasury's Offset

1

1   Program.   After the order for EAJA fees and expenses is entered,   the government will determine

2   whether they are subject to any offset.

3        Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

4   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

5   fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed

6   by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

7        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

8   fees   and expenses, and does not constitute an admission of liability on the part of Defendant under

9   the EAJA.   Payment of the agreed amount shall constitute a complete release from, and bar to, any

10  and all claims   that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and

11  expenses in connection with this action.

12       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

13  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

14

15

16  Dated: March 4, 2014                    */s/Bess M. Brewer*
     BESS M. BREWER
     Attorney at Law

17
     Attorney for Plaintiff

18

19

20
     Dated: March 4, 2014                     Benjamin B. Wagner
21                                            United States Attorney

22
                                             */s/ Armand Roth*
23                                           ARMAND ROTH
                                             Special Assistant United States Attorney
24                                           Attorneys for Defendant

25

26

27

28

2

1

### ORDER

2        PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded
3 attorney fees in the amount of SIX THOUSAND ONE HUNDRED TEN DOLLARS AND TEN
4 CENTS (**$6,110.10**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the
5 above-referenced Stipulation
6
7 DATED: March 4, 2014                                    _____
                                                         ALLISON CLAIRE
8                                                        UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28